IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG ESKRIDGE,**<br>                    **Plaintiff,**<br><br>    v.<br><br>**MICHAEL ASTRUE, Commissioner of SSA,**<br>                    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 11-5499** |

# O R D E R

**AND NOW,** this 12th day of October, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Documents No. 9, filed June 29, 2012), Defendant's Response to Request for Review of Plaintiff (Document No. 11, filed July 27, 2012), and Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (Document No. 13, filed August 3, 2012), and after review of the record, and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated September 11, 2012, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated September 11, 2012, is **APPROVED AND ADOPTED**; and,

2. Plaintiff's Request for Review is **GRANTED**, and the decision of the Commissioner of the Social Security Administration is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated September 11, 2012.   Plaintiff's Request for Review is **DENIED IN ALL OTHER RESPECTS**.

                                                            **BY THE COURT:**

                                                              /s/ Jan E. DuBois
                                                            **DuBOIS, JAN E., J.**